Thomas Ray NAUMANN,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 67854.

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Defendant pled guilty to felony stealing, § 570.030, RSMo 1994. Pursuant to a plea bargain, the trial court sentenced him as a persistent offender to ten years imprisonment. It then suspended execution and placed him on probation. Later, that probation was revoked.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The motion court's judgment is affirmed pursuant to Rule 84.16(b).